AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 875(c) – Interstate Communications with a Threat to Kidnap or Injure (Three Counts)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
- Imprisonment: 5 years (18 U.S.C. § 875(c))
- Fine: $250,000 (18 U.S.C. § 3571)
- Supervised Release: 1 year (18 U.S.C. § 3583(b)(2))
- Special Assessment: $100 (18 U.S.C. § 3013)

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**
▶ TYLER JAMES TRAVIS

DISTRICT COURT NUMBER
CR 25 0420 YGR

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

SEALED BY ORDER OF THE COURT

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   CRAIG H. MISSAKIAN
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   KELLY I. VOLKAR

FILED
DEC 11 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:          Before Judge:

Comments:

**FILED**

**United States District Court**

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DEC 11 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

CR 25 0420 YGR

UNITED STATES OF AMERICA,

V.

TYLER JAMES TRAVIS,

**SEALED BY ORDER OF THE COURT**

DEFENDANT(S).

# INDICTMENT

18 U.S.C. § 875(c) – Interstate Communications with a Threat to Kidnap or Injure
(Three Counts)

A true bill.

_____
Foreman

Filed in open court this 11th day of
December, 2025

_____
Clerk

Bail, $ Arrest Warrant

Hon. Thomas S. Hixson, U.S. Magistrate Judge

```
 1 | CRAIG H. MISSAKIAN (CABN 125202)
   | United States Attorney
 2 |
 3 |
 4 |
 5 |
 6 |
 7 |
 8 |
 9 |
10 |
11 | UNITED STATES OF AMERICA,
12 |     Plaintiff,
13 | v.
14 | TYLER JAMES TRAVIS,
15 |     Defendant.
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |
```

**FILED**

DEC 11 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**SEALED BY ORDER OF THE COURT**

CASE NO. **CR 25 0420 YGR**

VIOLATIONS:
18 U.S.C. § 875(c) – Interstate Communications with a Threat to Kidnap or Injure (Three Counts)

OAKLAND VENUE

INDICTMENT

The Grand Jury charges:

COUNT ONE:   (18 U.S.C. § 875(c) – Interstate Communications with a Threat to Kidnap or Injure)

On or about October 5, 2025, in the Northern District of California, the defendant,

TYLER JAMES TRAVIS,

did knowingly and willfully transmit in interstate and foreign commerce from Berkeley, in the State of California, to the State of Washington, a text communication to Victim 1, and the communication contained a threat to kidnap and injure the person of another, that is Victim 1, specifically stating in part:

"You will suffer for what you did today" …

"I'm gonna fu king make you suffer

INDICTMENT

1       I'm gonna rip your fucking throat out of your neck

2       Your last memories will be choking on your intestines

3       I'm gonna stab your little cunt and carve it out of you

4       Shave your uterus out of you and shove it into your throat

5       You deserve to suffer [Victim 1's first name]

6       You deserve to suffer"

7 all in violation of Title 18, United States Code, Section 875(c).

8 COUNT TWO:   (18 U.S.C. § 875(c) – Interstate Communications with a Threat to Kidnap or Injure)

9       On or about October 6, 2025, in the Northern District of California, the defendant,

10                      TYLER JAMES TRAVIS,

11 did knowingly and willfully transmit in interstate and foreign commerce from Berkeley, in the State of

12 California, to the State of Washington, a communication which contained a threat to kidnap and injure

13 the person of another, that is Victim 1 and Victim 2, namely, the defendant called Victim 1 and left a

14 voicemail message, which stated in part:

15       "I will slit your fucking throat and claw your eyes out. I will kill [Victim 2's first name]

16       in front of you and watch both of you bleed to death in front of me. I swear to fucking

17       god, your daughter will grow up without a mother."

18 all in violation of Title 18, United States Code, Section 875(c).

19 COUNT THREE:   (18 U.S.C. § 875(c) – Interstate Communications with a Threat to Kidnap or Injure)

20       On or about September 22, 2025, in the Northern District of California, the defendant,

21                      TYLER JAMES TRAVIS,

22 did knowingly and willfully transmit in interstate and foreign commerce from Berkeley, in the State of

23 California, to the State of Washington, a text communication to Victim 1, and the communication

24 contained a threat to kidnap and injure the person of another, that is Victim 1 and Victim 1's eight-year-

25 old daughter, specifically stating in part:

26       "You deserve to suffer for what you've done" …

27       "I'm gonna fuck your daughter once she's old enough" …

28       "You're girl's gonna love it" …

INDICTMENT                                           2

"You're going to suffer for what you've done

You're going to know great pain

You're going to suffer, [Victim 1's first name]

You will suffer as I have suffered

And if there is an afterlife, you will suffer there too

Enjoy whatever time you have left"

all in violation of Title 18, United States Code, Section 875(c).

DATED:    December 11, 2025                          A TRUE BILL.

                                                                                                   FOREPERSON

CRAIG H. MISSAKIAN
United States Attorney

/s/
_____
KELLY I. VOLKAR
Assistant United States Attorney

INDICTMENT                                         3