JODI LINKER
Federal Public Defender
Northern District of California
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:    (510) 637-3500
Facsimile:    (510) 637-3507
Email:        John_Reichmuth@fd.org

Counsel for Defendant TRAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 25–00420 YGR |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY RELEASE CONDITIONS** |
| v. | |
| TYLER TRAVIS, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the release conditions in this case be MODIFIED to require that Mr. Travis be assessed by New Bridge, and if he is accepted, be ordered to start treatment no later than May 26, 2026, and complete 90 days residential treatment at New Bridge.

It is the understanding of the parties, based on representations from Pretrial Services, that Mr. Travis has been complying with the conditions of his release. However, the parties are also in agreement that Mr. Travis is in need of mental health treatment, as outlined in his release conditions. The parties, Mr. Travis, and Pretrial Services have negotiated a Pretrial Diversion Agreement and intend to jointly execute it within the week. One condition of such agreement is that Mr. Travis

STIP. AND ORDER TO MODIFY RELEASE CONDITIONS

1

participate in inpatient co-occurring / dual diagnosis treatment for 90 days.  The Diversion Agreement is intended to last approximately 12 months and begin with the most intensive part, inpatient treatment.  In short, the proposed modification helps effectuate a rehabilitative diversion plan that is agreed upon by all of the parties.

All other release conditions shall remain in effect.  The Pretrial Services Agency, Officer Hannah Debois, has advised counsel that she agrees with this stipulation and proposed order.


DATED:    May 14, 2026                 _____/S/_____
                                                              JOHN PAUL REICHMUTH
                                                              Assistant Federal Public Defender


DATED:    May 14, 2026                 _____/S/_____
                                                              KELLY I. VOLKAR
                                                              Assistant United States Attorney


**ORDER**


Based on the reasons provided in the stipulation of the parties above, it is

ORDERED that the release conditions in this case be MODIFIED to require that Mr. Travis be assessed by New Bridge, and if he is accepted, it is

ORDERED that he start treatment no later than May 26, 2026 and complete 90 days residential treatment at New Bridge. All other release conditions shall remain in effect.


IT IS SO ORDERED.


DATED: May  15, 2026                   _____
                                                              Hon. Thomas S. Hixson
                                                              United States Magistrate Judge


STIP. AND ORDER TO MODIFY RELEASE CONDITIONS

2